UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.C.R., by *guardian ad litem*, LUZ LORA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:21-cv-00640-NONE-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO PAY FILING FEE<br><br>(Doc. No. 10) |

Minor plaintiff C.C.R., by his *guardian ad litem*, Luz Lora, filed a complaint in this action seeking review of the final decision of the Commissioner of Social Security denying disability benefits. (Doc. No. 1.) Along with the complaint, Ms. Lora filed an application to proceed *in forma pauperis*. (Doc. Nos. 5, 7.) The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 11, 2021, the magistrate judge filed findings and recommendations recommending that Ms. Lora's application to proceed *in forma pauperis* be denied. (Doc. No. 9.) The findings and recommendations were served on Ms. Lora and contained notice that any objections to the findings and recommendations were to be filed within fourteen days from the date of service. No objections were filed.

/////

1

On June 21, 2021, the findings and recommendations were adopted. (Doc No. 10.) Plaintiff was granted an additional thirty days from the date of entry of the order to submit an updated long form application to proceed *in forma pauperis* or pay the filing fee for this action. (*Id.*) Plaintiff was also warned that if they failed to comply with the order, the action would be dismissed for failure to pay the filing fee and/or failure to comply with a court order. (*Id.* at 3.) Plaintiff did not file an updated application to proceed *in forma pauperis*, pay the filing fee, or otherwise communicate with the court within the allotted thirty days.

Accordingly,

1. This action is dismissed, without prejudice, due to plaintiff's failure to obey a court order, and failure to pay the filing fee; and
2. The Clerk of the Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated: __**August 17, 2021**__        _____
UNITED STATES DISTRICT JUDGE

2